UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FISCHER, | No. 2:12-cv-02595 MCE JFM (PC) |
| Plaintiff, | |
| v. | ORDER |
| DAWN T. ALGERS, et al., | |
| Defendants. | |

Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 6, 2013, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on October 18, 2012 (ECF No. 3), and January 31, 2013 (ECF No. 14), and both were denied. For the reasons set forth by the court in its previous rulings (ECF Nos. 10 and 17), IT IS HEREBY ORDERED that plaintiff's September 6, 2013, request for the appointment of counsel (ECF No. 29) is denied.

Dated: September 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

fisc2595.31.thr